■ In the Matter of GARRY KING, a Suspended Atttorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [872 NYS2d 329]—Order entered granting motion for default. Same memorandum as in *Matter of King* (59 AD3d 1106 [2009]). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ.

■ In the Matter of GARRY KING, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [872 NYS2d 330]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Mroczka,* 39 AD3d 1285 [2007]; *Matter of Zankowski,* 37 AD3d 1206 [2007]). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ.

■ In the Matter of NANCY S. JONES, an Attorney, Resignor. [872 NYS2d 301]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed January 5, 2009.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE GARFIELD, Appellant. [873 NYS2d 230]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON A. WEEKS, Appellant. [873 NYS2d 230]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Smith, Centra and Green, JJ.